UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RICKEY BARNES (#119466)

VERSUS                                    CIVIL ACTION

SGT. DAVID JOHNSON, ET AL                 NUMBER 03-83-JJB-SCR

RULING ON MOTION TO COMPEL DISCOVERY

Before the court is the Plaintiff's Motion to Compel discovery.  Record document number 176.

On December 12, 2007, the plaintiff's Motion for Leave to File Admissions & Production of Documents and Interrogatories was granted in part.[1]  Defendants were ordered to serve their response to the Plaintiff's Interrogatories and Request for Production of Documents and serve their response to the plaintiff's Request for Admissions by January 14, 2008.  Defendants were further ordered to serve their response to the Plaintiff's Request for Production of Documents, numbers 2, 3 and 4 only, by January 14, 2008.

On December 20, 2007, defendants Jason Giroir, Terry Sharp and Joseph Westbrook filed a Notice of Appeal and a Motion to Stay Discovery Pending Appeal.[2]  An order was entered staying discovery as to defendants Giroir, Sharp and Westbrook only.[3]  Discovery was

---

[1] Record document number 159.

[2] Record document numbers 160 and 161, respectively.

[3] Record document number 162.

not stayed as to defendant Harvey Slater.

Defendant Slater's responses to the plaintiff's discovery were filed on June 3, 2008,[4] and were supplemented on June 16 and July 21, 2008.[5]

Accordingly, the plaintiff's motion to compel discovery is denied as moot.

Baton Rouge, Louisiana, November 17, 2008.

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

---

[4] Record document numbers 173, 177, and 178.

[5] Record document number 187 and 189.

2